AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

GLENN KEITH STINNETT
DOB:

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **June 12, 2008** to on or about **July 6, 2008** in _____ county, in the _____ District of **COLUMBIA** and elsewhere defendant did, (Track Statutory Language of Offense)

**knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 United States Code Section 2256(8).**

in violation of Title **18** United States Code, Section(s) **2252A(a)(1) and 2256**.

I further state that I am **DETECTIVE JONATHAN K. ANDREWS, SR.**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE JONATHAN K. ANDREWS, SR.**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at  **Washington, D.C.**
Date                                                                    City and State

_____             _____
Name & Title of Judicial Officer                             Signature of Judicial Officer

**AFFIDAVIT**

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

**Affiant's Background**

1. I am a Detective with the Metropolitan Police Department in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for eighteen years. I have been Deputized through the United States Department of Justice's Marshal Service as a Special Deputy, and I am currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. This affidavit is based, in part, upon information provided to me by other members of the ICAC Task Force, including Metropolitan Police Detective Timothy Palchak and Federal Bureau of Investigation Special Agent Scott Schelble.

**Definitions/Terms**

5. Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6. Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

7. Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

**The Investigation**

8. This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have set forth only the facts that I believe are necessary to establish probable cause to charge Glenn Stinnett with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A).

9. Glenn Stinnett is described as a white male, date of birth xxxxx xx, xxxx, social security number xxx-xx-xxxx, residing at xxx xxxxxxxx xxxxx, xxxx xxxxx, xxxxxxxx.

10. On Tuesday, July 8, 2008, Detective Timothy Palchak, another member of the Internet

Crimes against Children/FBI Task force was acting in an undercover capacity in the District of Columbia in an Incest chat room (incestchattaboo) monitoring individuals who are distributing child pornography and attempting to entice minors. At approximately 9:25 p.m., an individual using the screen name, "Paikita" initiated contact in a private message room within, "incestchattaboo" after responding to a message Detective Palchak placed in a public room, "Anyone in the DC MD VA area into pedo fun."

11. The individual utilizing the screen name, "Paikita" stated in a private room with Detective Palchak that he was in Virginia and into preteen. Detective Palchak provided the individual utilizing the screen name, "Paikita" with his Yahoo screen name (daughterlover_maryland), and asked him to communicate with him in Yahoo Instant message.

12. On July 8, 2008, the individual using the screen name "Paikita" added Detective Palchak as a friend on his Yahoo Messenger, and a conversation ensued between the undercover and Paikita, who was using the Yahoo name of "Raquel Rambo". During the course of the conversation on July 8, 2008, the individual using the screen name, Raquel Rambo" described himself as a thirty-one year-old white male, residing in Roanoke, Virginia, who is married to a woman from El Salvador.

13. On July 8, 2008, the target (Racquel Rambo) sent via Yahoo Instant Messenger the following movies: 1. Alicia cum in her mouth2,  2. LLLb.  Movie number one was a video of a prepubescent female child sucking the penis of an adult male, which was one minute and twelve seconds in length. Movie number two is a video of a prepubescent female child performing and receiving oral sex from an adult woman. The video also shows the child being digitally penetrated by the adult female and is four minutes and fifty nine seconds in length.

14.     On July 10 2008, Detective Palchak and the target had another conversation that started at 6:20 p.m.and ended at 10:23 p.m. During the course of this conversation, the target stated that he had a 15 year-old daughter that he molested when she was 10 and 11. The target stated that his daughter no longer lives at his residence. The target sent additional child pornography movies and images via Yahoo Instant Messenger. The first movie contained a prepubescent child sucking on an adult male penis, which was a few seconds in length. The second movie showed a small prepubescent child sucking an adult male's penis, which was one minute and seven seconds in length. The target sent seven separate pornographic images, some containing images of child pornography. In addition, the target stated during the chat that he has at least 100 child pornography videos in his collection and maybe 500 photographs.

15.     On July 10, 2008, during the course of the conversation with the target, Detective Palchak mentioned that he had sex with his fictitious 12 year-old daughter and an 11 year old girl that he met through a prostitute. Further during the course of the conversations Detective Palchak sent the target a corrupted file and a video file that only had audio sound. The target mentioned several times throughout the chat that he wanted to travel to the Washington, D.C. area to abduct and rape Detective Palchak's fictitious 12 year-old daughter.

16.     On July 10, 2008, Special Agent Scott Schelble, of the FBI's Child Exploitation Squad and also a member of the ICAC Task Force, sent an administrative subpoena to the target's Yahoo account. The investigation revealed the target's Internet Protocol of 71.207.146.146[1]. A

---

[1] As noted above in ¶ 7, an IP address can either be static or dynamic. Although this IP address, like most residential accounts is dynamic, or changeable, I have learned from my experience that where, as here, if a user is continually on the internet, he may have the same IP address for a significant period of time. In the instant case, the IP address was consistent throughout the entire chat, including when the Child Pornography was sent to Detective Palchak,

subpoena return on the IP revealed that the target's IP is registered to Glenn Keith Stinnett at xxx xxxxxxxx xxxxx, xxxx xxxxx, xxxxxxxx, with a date of birth of x/xx/xx, described as a white male, with the SSN: xxx-xx-xxxx. The target has a prior address in 2006 of xxxxx x xxxxx xxxxx, xxxxxxxx, xxxxxxx. During the chat with the undersigned, the target stated that he had a prior address in Arizona.

17.     A Lexis-Nexis Internet search of the target Glenn Keith Stinnett, revealed that the only persons living at xxx xxxxxxxx xxxxx in xxxx xxxxx, xxxxxxxx are Glenn Keith Stinnett and a woman by the name of Raquel Rosales. This is consistent with what Stinnett says in the chat with Detective Palchak – that is – that he lives with his El Salvadoran wife. Moreover, as noted above, one of his screen names is Raquel Rambo.

18.     Further, based upon his chat, it is highly unlikely that Detective Palchak was chatting with Ms. Rosales, as opposed to Glenn Keith Stinnett. Stinnett emphasized in his chat that his wife was not aware that he was a pedophile and was into child pornography and that she would "shit" if she found out. Also, during the chats, Stinnett goes to great lengths to make sure that Detective Palchak did not try to send him any child pornography when his wife was home and may catch him.

19.     On August 5, 2008, Detective Palchak, Special Agent Schelble, other members of the ICAC Task Force and local law enforcement officers executed a search warrant at xxx xxxxxxxx xxxxx in xxxx xxxxx, xxxxxxxx. During the search, among other things found was a desk top computer and a thumb drives containing child pornogrphy. A preliminary search of the computer revealed approximately 100 images of child pornography and approximately 25 child pornography videos, including the video with sound, depicting a prepubescent female child performing oral sex

---

starting from 6-12-08 through 7-06-08

on an adult male and crying repeatedly, begging the man to stop, as the adult male ejaculated in her mouth and which Glenn Keith Stinnett sent to Detective Palchak in Washington, D.C. during their chats via the internet.

20. After being advised of his <u>Miranda</u> rights and waiving them, the defendant admitted to Detective Palchak that he had child pornography on his computer, admitted that he was the person who had been chatting with him between June 12 through July 6, 2008, and admitted that he had chatted with Detective Palchak on August 5, 2008, only minutes before the search warrant was executed.

21. Based upon the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Glenn Keith Stinnett has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Glenn Keith Stinnett.

_____
Detective Jonathan Andrews
Internet Crimes Against Children Task Force
Metropolitan Police Department

Sworn and subscribed before me this \_\_\_\_\_ day of August, 2008.

_____
United States Magistrate Judge