UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Criminal Action:** 7:08M357-001 |
| vs | **Date:** 8/6/08 |
| Glenn K. Stinnett | **Judge:** Michael F. Urbanski |
| Present/Custody | **Court Reporter:** CD #1 |
| | **Deputy Clerk:** Becky Mills |
| | **Probation Off:** Kenny Wingfield |
| | **Type of Hrg:** INIT APPEARANCE - RULE 5 |

**FILED**
AUG − 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**USA Attorney:** Andrew Bassford

**Atty for Deft:** none; Later: Randy Cargill, FPD

Mag 08-486

### Rule 5 - Initial Appearance - Complaint/Indictment/Other District

__X__ Arrested on warrant from __DC_____ (District/Division)

__X__ Rights:

    __X__ Deft. advised of charges and nature of today's proceedings and provisions of Rule 20

    __X__ Deft. advised of rights to retain counsel or to request that counsel be appointed

    __X__ Deft. advised of right to preliminary hearing

    __X__ Deft. advised of right to identity hearing

    __X__ Deft. advised of right to a bond/detention hearing

__X__ Counsel:

    Deft. present with __X__ /without __X__ counsel

    _____ Deft. requests appointment of counsel      _____ CJA 23 Financial Affidavit Completed

__X__ Identity:

    __X__ Identity Hearing Held

    _____ Identity Hearing Waived

__X__ Preliminary Hearing:

    _____ Preliminary Hearing Held

    _____ Preliminary Hearing Waived

    __X__ Deft. requests preliminary hearing in prosecuting district

__X__ Release/Detention:

_____ Deft. does not contest detention

__X__ Gov't. moves for detention. Detention hearing held.

_____ Gov't. does not oppose bond. Bond set at _____. See conditions below.

_____ Order of Commitment to Another District (AO94)
  or
_____ Conditions of Release/Bond to enter for reasons as follows:


Deft. not eligible for FPD or CJA counsel. Identity admitted. Govt. mtn. for dtn. Deft. adv. he will lose job if not released and can't obtain counsel today. Oral order appting. FPD for this IA & dtn. hrgs. only. Case continued for atty. to be present.

3:25-3:40

Deft. present w/ counsel. Dtn. hrg.: Opening statements by govt. Govt. witness: Timothy Palchak, FBI TF; Kenny Wingfield, USPO. Govt. rests. Deft. witness: Glenn Stinnett. Closing arguments by deft. Court states findings: not a risk of flight, danger to community, presump. case not rebutted, weight of evid. is strong, & agent's testimony of deft's statements. Deft. remanded.

4:20-5:03. 5:05-5:13

TOTAL: 1 hr., 6 mins.

REMINDER: FORM AO466A - WAIVER OF RULE 5 & 5.1 HEARING MUST BE COMPLETED AND SIGNED BY DEFENDANT.

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG — 8 2008

JOHN F. ~~~~~~~~~, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

Glenn Keith Stinnett
DOB:

**WARRANT FOR ARREST**

CASE NUMBER: 08 - 486 - M - 01

708M357-001

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____GLENN KEITH STINNETT____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in Title 18 United States Code Section 2256(8).

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1) and 2256(8)__.

John M. Facciola
U.S. Magistrate Judge

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_[signature]_                         AUG 06 2008         District of Columbia
Signature of Issuing Officer          Date and Location


Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | INVESTIGATE COPY ONLY | _[signature]_ |
| DATE OF ARREST | ORIGINAL ON FILE WITH US MARSHALL RM. |  |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| Glenn K. Stinnett | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 08-486-M-01 | 7:08M357-001 | |

CLERK'S OFFICE U S DIST COURT
AT ROANOKE, VA
FILED
AUG 0 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify) _____

charging a violation of ___18___ U.S.C. § 2252A(a)(1) & 2256(8)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in Title 18 USC 2256(8)

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify) _____

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?  ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 8/6/08 | /s/ |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

5

AUG-06-2008  12:05      FBI ROANOKE                                                    P.02

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

GLENN KEITH STINNETT
DOB:

**CRIMINAL COMPLAINT**

CASE NUMBER: 08 - 486 - M - 01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **June 12, 2008** to on or about **July 6, 2008** in _____ county, in the _____ District of **COLUMBIA** and elsewhere defendant did, (Track Statutory Language of Offense)

knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 United States Code Section 2256(8).

in violation of Title **18** United States Code, Section(s) **2252A(a)(1) and 2256**.

I further state that I am **DETECTIVE JONATHAN K. ANDREWS, SR.**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
DETECTIVE JONATHAN K. ANDREWS, SR.
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

**AUG 0 6 2008** _____ at   Washington, D.C.
Date                                                                              City and State

ALAN KAY
U.S. MAGISTRATE JUDGE                                                    _____
Name & Title of Judicial Officer                                          Signature of Judicial Officer
John M. Facciola                                                          ALAN KAY
U.S. Magistrate Judge                                                     U.S. MAGISTRATE JUDGE

08-486-M-01

## AFFIDAVIT

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

### Affiant's Background

1. I am a Detective with the Metropolitan Police Department in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for eighteen years. I have been Deputized through the United States Department of Justice's Marshal Service as a Special Deputy, and I am currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. This affidavit is based, in part, upon information provided to me by other members of the ICAC Task Force, including Metropolitan Police Detective Timothy Palchak and Federal Bureau of Investigation Special Agent Scott Schelble.

**Definitions/Terms**

5. Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6. Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic; magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

7. Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

**The Investigation**

8. This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have set forth only the facts that I believe are necessary to establish probable cause to charge Glenn Stinnett with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A).

9. Glenn Stinnett is described as a white male, date of birth April 24, 1963, social security number 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, residing at 242 Parkview Drive, Blue Ridge, Virginia.

10. On Tuesday, July 8, 2008, Detective Timothy Palchak, another member of the Internet

2

Crimes against Children/FBI Task force was acting in an undercover capacity in the District of Columbia in an ▇▇▇▇▇▇▇▇▇▇ monitoring individuals who are distributing child pornography and attempting to entice minors. At approximately 9:25 p.m., an individual using the screen name, "Paikita" initiated contact in a private message room within, "▇▇▇▇▇▇" after responding to a message Detective Palchak placed in a public room, "Anyone in the DC MD VA area into pedo fun."

11.    The individual utilizing the screen name, "Paikita" stated in a private room with Detective Palchak that he was in Virginia and into preteen. Detective Palchak provided the individual utilizing the screen name, "Paikita" with his Yahoo screen name (daughterlover_maryland), and asked him to communicate with him in Yahoo Instant message.

12.    On July 8, 2008, the individual using the screen name "Paikita" added Detective Palchak as a friend on his Yahoo Messenger, and a conversation ensued between the undercover and Paikita, who was using the Yahoo name of "Raquel Rambo" During the course of the conversation on July 8, 2008, the individual using the screen name, Raquel Rambo" described himself as a thirty-one year-old white male, residing in Roanoke, Virginia, who is married to a woman from El Salvador.

13.    On July 8, 2008, the target (Racquel Rambo) sent via Yahoo Instant Messenger the following movies: 1. Alicia cum in her mouth2, 2. LLLb. Movie number one was a video of a prepubescent female child sucking the penis of an adult male, which was one minute and twelve seconds in length. Movie number two is a video of a prepubescent female child performing and receiving oral sex from an adult woman. The video also shows the child being digitally penetrated by the adult female and is four minutes and fifty nine seconds in length.

3

14. On July 10 2008, Detective Palchak and the target had another conversation that started at 6:20 p.m. and ended at 10:23 p.m. During the course of this conversation, the target stated that he had a 15 year-old daughter that he molested when she was 10 and 11. The target stated that his daughter no longer lives at his residence. The target sent additional child pornography movies and images via Yahoo Instant Messenger. The first movie contained a prepubescent child sucking on an adult male penis, which was a few seconds in length. The second movie showed a small prepubescent child sucking an adult male's penis, which was one minute and seven seconds in length. The target sent seven separate pornographic images, some containing images of child pornography. In addition, the target stated during the chat that he has at least 100 child pornography videos in his collection and maybe 500 photographs.

15. On July 10, 2008, during the course of the conversation with the target, Detective Palchak mentioned that he had sex with his fictitious 12 year-old daughter and an 11 year old girl that he met through a prostitute. Further during the course of the conversations Detective Palchak sent the target a corrupted file and a video file that only had audio sound. The target mentioned several times throughout the chat that he wanted to travel to the Washington, D.C. area to abduct and rape Detective Palchak's fictitious 12 year-old daughter.

16. On July 10, 2008, Special Agent Scott Schelble, of the FBI's Child Exploitation Squad and also a member of the ICAC Task Force, sent an administrative subpoena to the target's Yahoo account. The investigation revealed the target's Internet Protocol of 71.207.146.146[1]. A

---

[1] As noted above in ¶ 7, an IP address can either be static or dynamic. Although this IP address, like most residential accounts is dynamic, or changeable, I have learned from my experience that where, as here, if a user is continually on the internet, he may have the same IP address for a significant period of time. In the instant case, the IP address was consistent throughout the entire chat, including when the Child Pornography was sent to Detective Palchak.

4

subpoena return on the IP revealed that the target's IP is registered to Glenn Keith Stinnett at 242 Parkview Drive, Blue Ridge, Virginia, with a date of birth of 4/24/63, described as a white male, with the SSN: 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. The target has a prior address in 2006 of 43572 W Oster Drive, Maricopa, Arizona. During the chat with the undersigned, the target stated that he had a prior address in Arizona.

17.    A Lexis-Nexis Internet search of the target Glenn Keith Stinnett, revealed that the only persons living at 242 Parkview Drive in Blue Ridge, Virginia are Glenn Keith Stinnett and a woman by the name of Raquel Rosales. This is consistent with what Stinnett says in the chat with Detective Palchak – that is – that he lives with his El Salvadoran wife. Moreover, as noted above, one of his screen names is Raquel Rambo.

18.    Further, based upon his chat, it is highly unlikely that Detective Palchak was chatting with Ms. Rosales, as opposed to Glenn Keith Stinnett. Stinnett emphasized in his chat that his wife was not aware that he was a pedophile and was into child pornography and that she would "shit" if she found out. Also, during the chats, Stinnett goes to great lengths to make sure that Detective Palchak did not try to send him any child pornography when his wife was home and may catch him.

19.    On August 5, 2008, Detective Palchak, Special Agent Schelble, other members of the ICAC Task Force and local law enforcement officers executed a search warrant at 242 Parkview Drive in Blue Ridge, Virginia. During the search, among other things found was a desk top computer and a thumb drives containing child pornogrphy. A preliminary search of the computer revealed approximately 100 images of child pornography and approximately 25 child pornography videos, including the video with sound, depicting a prepubescent female child performing oral sex

starting from 6-12-08 through 7-06-08

5

on an adult male and crying repeatedly, begging the man to stop, as the adult male ejaculated in her mouth and which Glenn Keith Stinnett sent to Detective Palchak in Washington, D.C. during their chats via the internet.

20. After being advised of his Miranda rights and waiving them, the defendant admitted to Detective Palchak that he had child pornography on his computer, admitted that he was the person who had been chatting with him between June 12 through July 6, 2008, and admitted that he had chatted with Detective Palchak on August 5, 2008, only minutes before the search warrant was executed.

21. Based upon the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Glenn Keith Stinnett has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Glenn Keith Stinnett.

Detective Jonathan Andrews
Internet Crimes Against Children Task Force
Metropolitan Police Department

AUG 0 6 2008

Sworn and subscribed before me this _____ day of August, 2008.

United States Magistrate Judge
ALAN KAY
U.S. MAGISTRATE JUDGE

John M. Facciola
U.S. Magistrate Judge

6

   Becky Mills/VAWD/04/USCOURTS
08/07/2008 02:50 PM

To  Harry Jackson/DCD/DC/USCOURTS@USCOURTS, dcd_cmecf_cr@dcd.uscourts.gov
cc
bcc
Subject  Fw: Your Case #08-486-M-01

----- Forwarded by Becky Mills/VAWD/04/USCOURTS on 08/07/2008 02:51 PM -----

   Becky Mills/VAWD/04/USCOURTS
08/07/2008 02:43 PM

To  dcd.uscourts.gov
cc
Subject  Your Case #08-486-M-01

Please find attached instructions for retrieving this case from our Court (our case #: 7:08MJ357-001). Please acknowledge receipt of this email and feel free to contact me with any questions at 540-857-5152. Thank you.


Instruc. for retrieving elec. filings.pdf

## Return Receipt

| | |
|---|---|
| Your message: | Fw: Your Case #08-486-M-01 |
| was received by: | Harry Jackson/DCD/DC/USCOURTS |
| at: | 08/07/2008 02:53:20 PM |

7

CLOSED

# U.S. District Court
# Western District of Virginia (Roanoke)
# CRIMINAL DOCKET FOR CASE #: 7:08-mj-00357-mfu-1

Case title: USA v. Stinnett

Date Filed: 08/06/2008
Date Terminated: 08/07/2008

Assigned to: Magistrate Judge Michael F. Urbanski

### Defendant (1)

**Glenn K. Stinnett**
*TERMINATED: 08/07/2008*

represented by **Randy Virlin Cargill**
FEDERAL PUBLIC DEFENDER'S OFFICE- WDVA
SUITE 400
210 FIRST STREET, SW
ROANOKE, VA 24011
540-777-0880
Fax: 777-0890
Email: randy_cargill@fd.org
*TERMINATED: 08/07/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

USA                              represented by   **Ronald Andrew Bassford**
                                                  UNITED STATES ATTORNEYS
                                                  OFFICE
                                                  PO BOX 1709
                                                  ROANOKE, VA 24008-1709
                                                  540-857-2935
                                                  Fax: 540-857-2614
                                                  Email:
                                                  andrew.bassford@usdoj.gov
                                                  *TERMINATED: 08/07/2008*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2008 | 1 | Charging Documents from District of Columbia - Rule 5(c)(3) as to Glenn K. Stinnett (rkm) (Entered: 08/07/2008) |
| 08/06/2008 |   | Arrest - 5(c)(3) of Glenn K. Stinnett (rkm) (Entered: 08/07/2008) |
| 08/06/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Michael F. Urbanski:Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Glenn K. Stinnett held on 8/6/2008. Deft. remanded. (CD #1.) (rkm) (Entered: 08/07/2008) |
| 08/06/2008 | 3 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Glenn K. Stinnett (rkm) (Entered: 08/07/2008) |
| 08/06/2008 | 4 | CJA 23 Financial Affidavit by Glenn K. Stinnett (rkm) (Entered: 08/07/2008) |
| 08/06/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Glenn K. |

| | | |
|---|---|---|
| | | Stinnett. Defendant committed to District of Columbia. Signed by Magistrate Judge Michael F. Urbanski on 8/6/08. (rkm) (Entered: 08/07/2008) |
| 08/07/2008 | 6 | EMAIL to Dist. of Columbia forwarding "Instructions for Retrieving Elec. Case Filings" w/ ret. receipt requested as to Glenn K. Stinnett. (rkm) |
| 08/07/2008 | 7 | Return Receipt Email from District of Columbia as to Glenn K. Stinnett. (rkm) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/07/2008 15:14:10 | | | |
| **PACER Login:** | us3871 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:08-mj-00357-mfu |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |