AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.

Glenn Keith Stinnett

**FILED**
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-486-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **GLENN KEITH STINNETT**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in Title 18 United States Code Section 2256(8).

in violation of Title  18  United States Code, Section(s)  2252A(a)(1) and 2256(8) .

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

John M. Facciola
U.S. Magistrate Judge

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

AUG 06 2008   District of Columbia
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>8/6/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Recording -<br>Jeffrey Sharp<br>Dustin | SIGNATURE OF ARRESTING OFFICER<br>[Signature] |
|---|---|---|
| DATE OF ARREST<br>8/15/08 | | |

Fid# 1551470