## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | |
| **v.** | **:** | **Cr. No. 2008-mj-00486** |
| | **:** | |
| **GLENN KEITH STINNETT,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S REQUEST FOR BOOKING ORDER

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, respectfully requests that the Court enter the attached Order requiring the defendant

to present himself for the purpose of booking in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

By: _____
RHONDA L. CAMPBELL
Assistant United States Attorney
D.C. Bar No. 462402
555 4th St., N.W., 4th floor
Washington, D.C.  20530
(202) 514-9519
rhonda.campbell@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Cr. No. 2008-mj-00357** |
| | : | |
| **GLENN KEITH STINNETT,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon oral motion of the Government, and for good cause shown, it is this 22nd day of August, 2008, hereby ORDERED that the United States Marshals Service transport the defendant, Glenn Keith Stinnett, on the morning of August 25, 2008, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Investigator Jonathan Andrews, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the criminal complaint filed in this case.  Upon the completion of the booking process, Stinnett shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshals Service.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE