PRAECIPE

**United States District Court
for the District of Columbia**

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __15__ day of __August__ __2008__

__U S__
vs.
__Glenn Stinnett__

Civil / **Criminal**
Action No. __08-486M-01__

The Clerk of said Court will __enter the appearances of counsel.__

Date: __8/15/08__

BAR IDENTIFICATION NO.

Signature: [signed JW / DB]
Print Name: __Jennifer Wicks / David Benowitz__
Address: __503 D St NW Suite 250A__
City/State/Zip: __Washington DC 20001__
Phone Number: __202 393 3004 / 202 271-5249__

**CERTIFICATE OF SERVICE**